UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK MANNING,

                Plaintiff,

  vs.

HEALTHX, INC. and FRONTIER
CAPITAL,

              Defendants.

Civil Action No.

[On removal from Superior Court of
Barnstable County, Massachusetts,
C.A. No. 15-00207]

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant Frontier Capital ("Frontier") hereby gives notice of the removal to this Court of the civil action *Mark Manning v. Healthx, Inc. and Frontier Capital,* 15-00207, from the Superior Court of Barnstable County, Massachusetts, to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, and in accordance with 28 U.S.C. §1446(a), Frontier attaches as Exhibit 1 a copy of all process and pleadings served upon Frontier (*i.e.*, the Summons and Complaint) and states as follows:

1. The Complaint in the state court action was served on Frontier on or after April 30, 2015. This Notice of Removal is, therefore, timely filed within thirty days of notice of the action as required under 28 U.S.C. § 1446(b).

2. Frontier is a limited liability company organized under the laws of the State of North Carolina. The members of Frontier are citizens of the State of North Carolina and of the United Kingdom. None of the members of Frontier is a citizen of the Commonwealth of Massachusetts.

3.      Healthx, Inc. ("Healthx"), the other named Defendant, is a corporation incorporated and with a principal place of business in Indiana.

4.      According to the state court complaint, Plaintiff Mark Manning resides in Massachusetts.  *See* Compl. ¶ 1.

5.      There is therefore complete diversity of citizenship.

6.      The amount in controversy in this action exceeds $75,000.  In the Civil Action Cover Sheet accompanying his Complaint, Manning states damages of $9,000,000.

7.      Accordingly, this is a civil action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000, exclusive of costs and interest, over which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1332(a).

8.      Moreover, removal is proper pursuant to 28 U.S.C § 1441(b).  Under this statute, removal based on diversity of citizenship is prohibited only if any party "properly joined and served as [a] defendant[]" is a citizen of the forum state.  *See* 28 U.S.C. § 1441(b)(2).   As the First Circuit Court of Appeals has explained, the citizenship of LLC's, like Frontier, is determined by the citizenship of its members.  *See Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54 (1st Cir. 2006) ("[E]very circuit to consider this issue has held that the citizenship of a limited liability company is determined by the citizenship of all of its members. … We see no reason to depart from this well-established rule.").   Here, as noted above, all of Frontier's members are residents of the State of North Carolina.  Frontier therefore cannot be considered a citizen of the Commonwealth of Massachusetts, where Plaintiff resides, nor a citizen of Indiana, where Healthx is domiciled.

9.       Because this case was initially filed in the Superior Court of Barnstable County, the Eastern Division of the United States for the District of Massachusetts is the proper Court to which removal should be effected, as required for removal under 28 U.S.C. §§ 1441(a) and 1446(a).

10.      On information and belief, Healthx consents to the removal of this action and will file papers with this Court stating such promptly after filing of this Notice of Removal.

11.      Copies of this Notice of Removal are being served on Plaintiff and filed with the Clerk of Court of the Barnstable Superior Court, Commonwealth of Massachusetts, in satisfaction of 28 U.S.C. §1446(d).

WHEREFORE, Defendant Frontier Capital LLC respectfully requests that this action, now pending in the Barnstable Superior Court, Commonwealth of Massachusetts, be removed to the United States District Court for the District of Massachusetts, Eastern Division.

**DEFENDANT FRONTIER CAPITAL LLC,**
By Its Attorneys,

_/s/ Katherine A.K. Mumma_____
C. Max Perlman (BBO# 630395)
    max@hrwlawyers.com
Katherine A.K. Mumma (BBO# 665009)
    kmumma@hrwlawyers.com
HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston, MA  02110
Phone: (617) 348-4300

May 29, 2015

**CERTIFICATE OF SERVICE**

I, Katherine A.K. Mumma, hereby certify that I sent a copy of this document by first-class mail to Joshua A. McGuire, counsel for the Plaintiff, The Law Office of Josh McGuire, 51 Winchester Street, Suite 205, Newton, MA 02461, on May 29, 2015.

_/s/ Katherine A.K. Mumma_____
Katherine A. K. Mumma