UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK MANNING,<br><br>             Plaintiff,<br><br>vs.<br><br>HEALTHX, INC. and FRONTIER CAPITAL,<br><br>             Defendants. | Civil Action No.<br><br>[On removal from Superior Court of Barnstable County, Massachusetts, C.A. No. 15-00207] |

## DECLARATION OF LORI SHELL

I, Lori Shell, declare as follows:

1. I am Chief Financial Officer at Frontier Capital ("Frontier") and am familiar with Frontier's corporate structure.

2. I have knowledge of the statements set forth in this Declaration based upon my personal knowledge and, among other things, a review of Frontier's relevant business records.

3. This Declaration is made in support of removal of this action by Frontier pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

4. Defendant Frontier is a North Carolina limited liability company located in Charlotte, NC 28204.

5. The members of Frontier are citizens of North Carolina and the United Kingdom. None of the members of Frontier are citizens of Massachusetts. Therefore, Frontier is not a citizen of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1

Executed on May 28, 2015

_____
Lori Shell