UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK MANNING,

                Plaintiff,

vs.

HEALTHX, INC. and FRONTIER CAPITAL,

                Defendants.

Civil Action No. 1:15-cv-11936

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)**

      Defendant Frontier Capital, LLC, states that it is a North Carolina Limited Liability Company, not a corporation, and it has no parent organization that is a corporation. In addition, its members are all individuals; therefore, no publicly held company owns 10% or more of Frontier.

                **DEFENDANT FRONTIER CAPITAL,**
                By Its Attorneys,

                /s/ Katherine A.K. Mumma
                C. Max Perlman (BBO# 630395)
                   max@hrwlawyers.com
                Katherine A.K. Mumma (BBO# 665009)
                   kmumma@hrwlawyers.com
                HIRSCH ROBERTS WEINSTEIN LLP
                24 Federal Street, 12th Floor
                Boston, MA 02110

May 29, 2015                Phone: (617) 348-4300

## CERTIFICATE OF SERVICE

     I, Katherine A.K. Mumma, hereby certify that I sent a copy of this document by first-class mail to Joshua A. McGuire, counsel for the Plaintiff, The Law Office of Josh McGuire, 51 Winchester Street, Suite 205, Newton, MA 02461, on May 29, 2015.

                                        /s/ Katherine A.K. Mumma
                                        Katherine A. K. Mumma