UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK MANNING,<br><br>           Plaintiff,<br>   vs.<br><br>HEALTHX, INC. and FRONTIER CAPITAL,<br><br>           Defendants. | Civil Action No. 1:15-CV-11936 |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen T. Paterniti as counsel for Defendant, Healthx, Inc., in the above referenced matter.

                                                                           Defendant,

                                                                           HEALTHX, INC.

                                                                           By its attorney,

                                                                           /s/ Stephen T. Paterniti
                                                                           Stephen T. Paterniti (BBO # 564860)
                                                                           paternis@jacksonlewis.com
                                                                           JACKSON LEWIS P.C.
                                                                           75 Park Plaza – 4th Floor
                                                                           Boston, MA  02116
                                                                           Tel: (617) 367-0025
                                                                           Fax (617) 367-2155

Dated:  June 1, 2015

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 1, 2015 and by first class U.S. mail, postage pre-paid to any non-registered participants.

                                                   /s/ Stephen T. Paterniti
                                                   JACKSON LEWIS P.C.