UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK MANNING,<br><br>          Plaintiff,<br>   vs.<br><br>HEALTHX, INC. and FRONTIER CAPITAL,<br><br>          Defendants. | Civil Action No. 1:15-CV-11936 |

## DEFENDANT HEALTHX, INC.'S CORPORATE DISCLOSURE STATEMENT UNDER RULE 7.1(a)

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, the undersigned counsel for Defendant Healthx, Inc. in the above-captioned action states that Healthx, Inc. is owned by Healthx Holdings, Inc., Healthx Holdings, Inc. is owned by Healthx Parent Corporation, and the majority of Healthx Parent Corporation is owned by Frontier Fund III, L.P. No parent corporation and no publicly traded corporation owns 10% or more of Defendant's stock.

Defendant,

HEALTHX, INC.

By its attorney,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO # 564860)
paternis@jacksonlewis.com
JACKSON LEWIS P.C.
75 Park Plaza – 4th Floor
Boston, MA  02116
Tel: (617) 367-0025
Fax (617) 367-2155

Dated:  June 1, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 1, 2015 and by first class U.S. mail, postage pre-paid to any non-registered participants.

/s/ Stephen T. Paterniti
JACKSON LEWIS P.C.