UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK MANNING,<br><br>             Plaintiff,<br>vs.<br><br>HEALTHX, INC. and FRONTIER CAPITAL,<br><br>             Defendants. | Civil Action No. 1:15-cv-11936 |

## FRONTIER CAPITAL LLC'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Frontier Capital LLC ("Frontier") moves to dismiss all counts against it in the Complaint of Plaintiff, Mark Manning ("Manning").  As grounds for its Motion, Frontier refers to the accompanying Memorandum of Law and states as follows:

1.  This action arises out of Manning's displeasure with the termination of his employment by his employer, Defendant Healthx, Inc. ("Healthx").  In addition to the claims against Healthx arising out of his purported employment agreement, Manning tries to add claims against Frontier, a private equity firm with an ownership interest in Healthx.  He seeks to do so despite the fact that Frontier (as opposed to Healthx) did not seek to employ him, offer to employ him, or enter into any employment agreement or relationship with him and despite the fact that Frontier expressed no intent to obligate itself to Manning in any way.

2.  Counts I and III of the Complaint are for breach of contract.  It is clear from the Complaint, however, that Frontier is not a party to the relevant alleged contract.

3. Count II of the Complaint is for promissory estoppel. As a matter of law, however, Frontier made no promises to Manning that would support a promissory estoppel claim.

Frontier Capital LLC's Memorandum of Law in Support of Its Motion to Dismiss is incorporated herein.

WHEREFORE, Defendant Frontier Capital LLC respectfully requests that this Court should dismiss all counts of Plaintiff's Complaint against Frontier Capital LLC.

**DEFENDANT FRONTIER CAPITAL,**
By Its Attorneys,

  /s/ Katherine A.K. Mumma
C. Max Perlman (BBO# 630395)
    max@hrwlawyers.com
Katherine A.K. Mumma (BBO# 665009)
    kmumma@hrwlawyers.com
HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston, MA  02110
Phone: (617) 348-4300

June 23, 2015

**CERTIFICATE OF SERVICE**

I, Katherine A.K. Mumma, hereby certify that this document filed electronically through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to any individuals indicated as non-registered participants on June 23, 2015.

/s/ Katherine A.K. Mumma
Katherine A.K. Mumma