UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK MANNING,<br><br>           Plaintiff,<br>   vs.<br><br>HEALTHX, INC. and FRONTIER CAPITAL,<br><br>           Defendants. | Civil Action No. 1:15-cv-11936 |

## DEFENDANT HEALTHX, INC.'S PARTIAL MOTION TO DISMISS

Defendant Healthx, Inc. ("Healthx") files this Partial Motion to Dismiss Count III (Breach of the Covenant of Good Faith and Fair Dealing) of Plaintiff Mark Manning's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff's claim for breach of the covenant of good faith and fair dealing fails because he does not allege any identifiable, reasonably anticipated future compensation based on past services rendered to Healthx, especially in light of the fact that he worked for Healthx for less than one week. He also does not allege sufficient facts to establish that his termination was in bad faith or without good reason. For these reasons, as stated more fully below, Healthx respectfully requests that the court dismiss Count III of the Complaint.

Respectfully submitted,

Defendant,

HEALTHX, INC.

By its attorney,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO # 564860)
paternis@jacksonlewis.com

JACKSON LEWIS P.C.
75 Park Plaza – 4th Floor
Boston, MA  02116
Tel: (617) 367-0025
Fax (617) 367-2155

**CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 23, 2015 and by first class U.S. mail, postage pre-paid to any non-registered participants.

/s/ Stephen T. Paterniti
JACKSON LEWIS P.C.