UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK MANNING,<br><br>                    Plaintiff,<br>vs.<br><br>HEALTHX, INC. and FRONTIER CAPITAL,<br><br>                    Defendants. | Civil Action No. 1:15-cv-11936 |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, by and between Plaintiff, Mark Manning, and Defendant, Healthx, Inc., and its parent companies, owners, committees, insurers, and its respective predecessors, successors, present or former owners (including but not limited to Healthx Parent Corporation, Healthx Holdings, Inc., and Frontier Capital), officers, directors, agents, current and former employees, assigns, trustees, administrators, executors, insurers and legal and its or their heirs, assigns, insurers, parent companies, affiliates, current or former employees, executives, directors, officers, and agents, (together, the "Parties"), that the claims and counterclaims which were or could have been brought in this action by the Parties are hereby is dismissed with prejudice and without costs or attorneys' fees to any of the Parties.

| | |
|---|---|
| Plaintiff,<br>MARK MANNING,<br>By his attorney,<br><br>/s/ Joshua A. McGuire<br>Joshua A. McGuire (BBO# 651877)<br>The Law Office of Josh McGuire<br>51 Winchester Street, Suite 205<br>Newton, MA 02461<br>(617) 461-6400 | Defendant,<br>HEALTHX, INC.<br>By its attorneys,<br><br>/s/ Stephen T. Paterniti<br>Stephen T. Paterniti, BBO#564860<br>paternis@jacksonlewis.com<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th floor<br>Boston, MA  02116<br>T:  (617) 367-0025<br>F:  (617) 367-2155 |

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 17, 2016 and by first class U.S. mail, postage pre-paid to any non-registered participants.

/s/ Stephen T. Paterniti
JACKSON LEWIS P.C.